IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNARD PARSON,

    Plaintiff,

vs.                         No. CV 18-00983 KG/JHR

CURRY COUNTY DETENTION CENTER,
et al.,

    Defendants.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the handwritten Complaint filed by Plaintiff Bernard Parson (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the handwritten Complaint filed by Plaintiff Bernard Parson (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE